91 A.3d 1233

Kenneth HOLMES, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA
COUNTY, PA, Respondent.

No. 347 EM 2014.

Supreme Court of Pennsylvania.

May 7, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of May, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition

for Writ of Mandamus and/or Extraordinary Relief is **DE-NIED.**